

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-26-00003-CV
_____

RPM SERVICES, Appellant

V.

MARIBEL MATA SANTANA, JOSE LEONEL MATA, JR., JOSE LEONEL MATA, 181
SOUTH HOMES INCORPORATED, RICARDO CANALES, Appellees

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2018-232

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Pro se Appellant, RPM Services (Appellant), filed a timely notice of appeal on January 12, 2026. In its notice of appeal, Appellant indicated its intent to file an appendix in lieu of a clerk's record in accordance with Rule 34.5a of the Texas Rules of Civil Procedure. *See* TEX. R. APP. P. 34.5a.

Appellant's brief was originally due on February 18, 2026. On February 18, 2026, Appellant filed its first motion for extension of time in which to file its brief. On February 24, 2026, the Court extended Appellant's briefing deadline to March 11, 2026. On March 11, 2026, Appellant submitted its purported appellate brief. That document was inadequate to serve as a brief because it did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Further, Appellant was required to, but did not, file a separate appendix in accordance with Rule 34.5a. *See* TEX. R. APP. P. 34.5a.

On March 13, 2026, this Court sent Appellant a letter informing it of the aforementioned deficiencies. We also explained to Appellant that it was required to file a revised brief, along with a separate appendix, on or before March 27, 2026. The Court warned Appellant that the failure to file an adequate brief and a separate appendix on or before March 27, 2026, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

On March 27, 2026, Appellant filed a document entitled, "APPELLANT'S APPEAL OF THE TACIT DENIAL OF HIS [sic] MOTION TO DISMISS PURSUANT TO THE TEXAS

CITIZENS [sic] PARTICIPATION ACT (TCPA)." Much like the original document Appellant submitted as its brief, the revised document also fails to comply with Rules 38.1 and 34.5a.

Consequently, pursuant to Rules 38.8(a)(1) and 42.3(b), (c), we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott E. Stevens
Chief Justice

Date Submitted:     April 1, 2026
Date Decided:     April 2, 2026